UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 12 C 1416 ) ) Magistrate Judge Jeffrey Cole ) |
| DERRICK B. TARTT, | ) Judge John W. Darrah ) ) |
| Defendant. | ) |

## **PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT**

The United States of America, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, move for entry of final judgment. In its April 16, 2014 memorandum opinion and order, this Court entered partial summary judgment in favor of the United States and against the defendant, Derrick B. Tartt, on the government's claim for judgment on two defaulted student loans. In its April 16 Order, this Court stated that "Plaintiff shall provide a final calculation of the amount due on the two loans so that final judgment may be entered." (D.E. No. 78) The Court further ordered that the "government shall file damage calculations by April 23, 2014, [and] defendant's objections shall be filed by April 30, 2014." (D.E. No. 77) The government requests entry of judgment in the amount of $824,812.38 based on the calculations set out below.[1]

### **Discussion**

1.  The complaint in this matter is set out in two counts and the subject of each is a defaulted student loan which are referred to as the '1997 Loan' (Count I) and the '1999 Loan'

---

[1] The calculations set forth in this motion extend (to the date of judgment) the calculations set out in Plaintiff's Local Rule 56.1 Statement of Material Facts As To Which There Is No Genuine Issue, ¶¶ 6-11 (D.E. No. 15)

(Count II).

2. As set forth in the August 2012 Complaint, the total due under the 1997 Loan was $678,503.22 (both principal and interest) and accrues $57.75 in daily interest.

3. Based on the passage of 607 days from August 25, 2012 to April 23, 2014, daily interest of $57.75 has accrued in the amount of $35,054.25 to bring the debt total on Count I to **$742,259.22,** as of April 23, 2014.

4. As set forth in the August 2012 Complaint, the total due under the 1999 Loan was $77,022.12 (both principal and interest) and accrues $5.01 in daily interest.

5. Based on the passage of 607 days from August 25, 2012 to April 23, 2014, daily interest of $5.01 has accrued in the amount of $3,041.07 to bring the debt total on Count II to **$82,553.16** as of April 23, 2014.

WHEREFORE, the United States moves for entry of judgment on Count I for a $742,259.22 and on Count II for $82,553.16 and for a total judgment amount of **$824,812.38**.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Joseph A. Stewart
    JOSEPH A. STEWART
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6008
    joseph.stewart@usdoj.gov